IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RON G. BLANCHETTE,

    Plaintiff,

                                Case No.  22-cv-57-wmc

    v.

DENIS MCDONOUGH
SECRETARY OF VETERANS AFFAIRS,

    Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | February 18, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |